Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

Reg. No. 2,935,431

**United States Patent and Trademark Office**

Registered Mar. 22, 2005

## TRADEMARK
## PRINCIPAL REGISTER

# DARING DIAMONDS

PLA, INC. (RHODE ISLAND CORPORATION)
100 NIANTIC AVENUE
PROVIDENCE, RI 02907

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIAMONDS" , APART FROM THE MARK AS SHOWN.

SN 76-508,252, FILED 4-21-2003.

CHARLES L. JENKINS, EXAMINING ATTORNEY