The Colibri Group

100 Niantic Avenue, Providence, RI 02907 Tel. 401-943-2100 Fax 401-944-0945

February 16, 2006

***OVERNIGHT MAIL***

Emma Fiszman and Christine Tan
Co-Founders
Dare2Diamond LLC
551 Fifth Avenue, 22nd Floor
New York, NY 10176

**Re: Infringement of DARING DIAMONDS® Trademark**

Dear Ms. Fiszman and Ms. Tan:

I represent Colibri Corporation, owner of the DARING DIAMONDS trademark for jewelry. Our company has been using its DARING DIAMONDS trademark since at least as early as June, 2003, well before your company's claim to first use in November of 2004. Colibri owns U.S. Registration No. 2,935,431 for DARING DIAMONDS, a copy of which is attached for your reference, registrations for the mark in the European Community, Australia, Russia and Japan, and pending applications to register the mark in Canada and China. Colibri owns a family of marks that incorporate the term DARING – it owns U.S. Reg. No. 3009156 for DARING GEMS and an allowed U.S. application for DARING PEARLS (U.S. App. No. 78/523,678) in addition to a number of foreign trademark registrations and pending applications that cover these marks.

We recently became aware of your company at the recent JA New York Winter Show, in which your listing in the directory was immediately above ours. Upon investigating your company's activities further, we discovered that you filed an application to register the DARE 2 DIAMOND trademark with the U.S. Patent and Trademark Office. We have filed an extension of time to oppose this application.

Our company has invested significant resources in the advertising and promotion of the DARING DIAMONDS brand. Advertising for the brand has been featured in *USA Today*, *InStyle*, *Teen People* and *Lucky*, as well as jewelry industry trade magazines. A fold-out advertisement for our DARING DIAMONDS brand was featured in the Show Directory of the recent JA New York Winter Show that your company attended.

In light of our company's substantial use of its DARING DIAMONDS mark and associated marks, your company's use of the DARE 2 DIAMOND trademark and trade name is likely to confuse prospective purchasers regarding the source, sponsorship or affiliation of your company's goods. Under Section 35 of the Lanham Act, 15 U.S.C. § 1117, we are entitled to seek an injunction against further infringement of our trademarks, as well as recovery of damages, your profits, costs and, potentially, attorney's fees.

Colibri is willing to resolve this matter without legal action if your company will provide written assurances that it will discontinue use of the DARE 2 DIAMOND trademark, trade name and Internet domain names, and that it will refrain from using any name that incorporates any form of the verb DARE with the word DIAMOND or DIAMONDS. Colibri is prepared to afford your company a reasonable period of time to phase out use of the DARE 2 DIAMOND trademark and trade name.

Please contact me within ten days of the date of this letter to confirm your company's intention to comply with our request. Colibri reserves the right to seek any and all available remedies.

Sincerely,

Michelle Brownlee

Attachment

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**Reg. No. 2,935,431**

**United States Patent and Trademark Office** **Registered Mar. 22, 2005**

## TRADEMARK
### PRINCIPAL REGISTER

## DARING DIAMONDS

PLA, INC. (RHODE ISLAND CORPORATION)
100 NIANTIC AVENUE
PROVIDENCE, RI 02907

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIAMONDS", APART FROM THE MARK AS SHOWN.

SN 76-508,252, FILED 4-21-2003.

CHARLES L. JENKINS, EXAMINING ATTORNEY