UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLIBRI CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 06-152 |
| | : | |
| DARE 2 DIAMOND, LLC | : | |

**AFFIDAVIT OF SERVICE**

I, William R. Grimm, make affidavit and say:

1. I am the attorney for the plaintiff, Colibri Corporation in the above-referenced matter.

2. Pursuant to Rule 4 of the Rhode Island Rules of Civil Procedure, I have served the defendant, DARE 2 DIAMOND, LLC, by mailing a copy of the summons and complaint to the agent for service of process of the defendant, Corporation Service Company, by certified mail, return receipt requested.

3. I have received the return receipt which indicates that the agent for service of process for defendant, DARE 2 DIAMOND, LLC has received a copy of the summons and complaint on April 5, 2006. The return receipt is attached hereto as Exhibit A and made a part hereof.

William R. Grimm

SUBSCRIBED AND SWORN to before me this 12TH day of April, 2006.

Notary Public

# 708489 57969/123727

# *EXHIBIT A*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
2711 Centerville Rd., Suite
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Cooper ☐ Agent ☐ Addressee

B. Received by (Printed Name) Laura Cooper

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE
APR 05 2006

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 1160 0007 0256 0683

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540