UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLIBRI CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 06-152 |
| | : | |
| DARE 2 DIAMOND, LLC | : | |

**DISMISSAL STIPULATION**

Plaintiff's complaint is hereby dismissed without prejudice, no costs.

COLIBRI CORPORATION
By its Attorneys,

/S/ William R. Grimm

William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaze, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail: wgrimm@haslaw.com

**CERTIFICATION**

To:

DARE 2 DIAMOND, LLC
c/o Robert F. Zielinski, Esq.
WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097

I hereby certify that I mailed a copy of the within Dismissal Stipulation to the defendant, as listed above, on this 7th day of September, 2006.

/S/ William R. Grimm

#747441